IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JJ DESIGN HOUSE LLC, | Civil Action No. |
| Plaintiffs, | 25-cv-275 |
| v. | (Judge Ranjan) |
| YIQIYUO *et al.,* | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned attorneys, hereby give notice of the voluntary dismissal without prejudice of all claims against Defendants JUANJUAN STORE, HUEFOAM WALL ART, SITICOTO, HAPPY WALL ART, HIWX, SYMPHONY OF DÉCOR, YEOOW, DALABA ART, SENSORY ART, RULING, SHENGLONG INC, WUWENFAN01, SUZHOUCAIZONGRENMAOYIYOUXIANGONGSI, LIUGUOZHONG, ZONGXIANMAOYI with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiffs' Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

/

/

Respectfully submitted,

Dated: April 1, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiffs